**Marina Del Rosario Lima JACOBO, Petitioner,**

v.

**Eric H. HOLDER, Jr., United States Attorney General, Respondent.**

**No. 11–71726.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 21, 2014.

Filed Jan. 23, 2015.

Judith L. Wood, Esquire, Law Office of Judith L. Wood and Jesse Moorman, Los Angeles, CA, for Petitioner.

ed by 9th Cir. R. 36–3.

Oil, David H. Wetmore, Mona Maria Yousif, Trial, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ and KLEINFELD, Circuit Judges, and CHRISTENSEN, Chief District Judge.[*]

### MEMORANDUM [**]

Petitioner Marina Del Rosario Lima Jacobo petitions for review of the Board of Immigration Appeals' ("BIA") denial of her third motion to reopen. For the reasons stated below, we deny the petition.

The BIA did not abuse its discretion in concluding that Petitioner failed to demonstrate materially changed country conditions for women in Guatemala. The evidence Petitioner submitted with her most recent motion to reopen showed that the conditions described had existed for years in Guatemala and failed to introduce previously unavailable evidence showing a material change in conditions in Guatemala since the time of Petitioner's 2002 hearing. 8 C.F.R. § 1003.2(c)(3)(ii). Thus, Petitioner's third motion to reopen is both untimely and number barred. 8 C.F.R. § 1003.2(c)(2).

**AFFIRMED.**

---

[*] The Honorable Dana L. Christensen, Chief District Judge for the U.S. District Court for the District of Montana, sitting by designation.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.